**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JAMES LOMAX, ADMINISTRATOR OF THE ESTATE OF J. ROBERT SILLS, DECEASED, | : | No. 77 EM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| MELISSA SULLIVAN, PHAT TO, L & H GENERAL CONTRACTOR, LLC, HAVIV DAVID, DAVID HOLDINGS, LLC, HYPERION BANK, AND ALL OCCUPANTS, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.